UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEALTA MEDIA, INC., AND LEALTA HOLDINGS, LLC,<br><br>Petitioners,<br><br>v.<br><br>MELVIN LENKIN and TOM BOWERSOX,<br><br>Respondents. | No.: 3:14-CV-05720-RJB<br><br>ORDER GRANTING JOINT MOTION FOR SUMMARY JUDGMENT OF TOM BOWERSOX AND TM INVESTMENTS, LP |
| TM INVESTMENTS, LP,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>LEALTA MEDIA, INC.,<br><br>Defendant in Intervention. | |

This matter comes before the Court on the Joint Motion for Summary Judgment of Tom Bowersox, respondent, and TM Investments, LP, plaintiff in intervention. Dkt. 32. Petitioners, Lealta Media Inc. and Lealta Holdings, LLC, did not file responses to the motion. *See docket generally*. The Court has considered the motion and the remainder of the file therein, and the motion should be granted.

      As substantiated by Mr. Bowersox and TM Investments, the record remains unrefuted as follows:

      Lealta Media, Inc. ("Lealta") notified its shareholders on January 14, 2014 of its proposed corporate reorganization that would culminate in a newly-organized Lealta Holdings, LLC. Dkt. 33-1, at 1. Lealta notified its shareholders that, should they choose to dissent from the proposed reorganization, they must properly submit a Demand for Payment of Dissenting Shares before March 14, 2014. *Id*. Of relevance to this case, two shareholders timely submitted their written dissents, Mr. Bowersox and TM Investments, through its president, Melvin Lenkin. *Id*., at 1, 2, 7, 8.

      On April 10, 2014, Lealta notified Mr. Bowersox and Mr. Lenkin (and not TM Investments) of the Lealta stock valuation of $0.00 per share. *Id*., at 31, 39. Mr. Bowersox and TM Investments objected to the valuation, demanding $0.55 per share, a figure based on Lealta's self-valuation of $12 million. *Id*., at 26, 47, 48.

      On Jul 7, 2014, Lealta filed a petition in Thurston County Superior Court against Mr. Bowersox and Mr Lentin (and not TM Investments), seeking a judicial determination of the fair value of Lealta's shares. Thurston Cty. Sup. Ct. Case No. 14-2-01314-8. The petition was later removed to this Court, and TM Investments intervened. Dkt. 1, 30. According to counsel for Mr. Bowersox, Lealta has not responded to requests for production, requests for interrogatories, and requests for admission, despite an order on March 19, 2015 compelling Lealta's discovery. *Id*., at 2,3. *See* Dkt. 25.

      Mr. Bowersox and TM Investments seek a court determination valuing their respective stocks at $0.55 per share, accrued statutory interest on their stocks, and reasonable costs and attorneys fees.

      Based on the evidence submitted, the Court finds that the fair value of Lealta's stock is $0.55 per share. Lealta did not object or otherwise provide any contrary evidence. *See* Fed. R. Civ. P. 36(b).

1     The Court finds 12% interest from the date of this judgment to be appropriate. RCW 4.56.110; RCW 19.52.020.

    In exercising its discretion to award attorneys fees, the Court finds that, although Lealta initially made substantial efforts to meet its statutory obligations to its dissenters, since filing the Thurston County petition, Lealta has not proceeded in good faith in pursuit of its judicial determination against the dissenters. *See* RCW 23B.13.310(2)(b). Most poignantly, in contravention of the Court's order, Lealta failed to respond to discovery requests, even though Lealta initiated this case. *See* Dkt. 25. An awarding of attorneys fees and costs is appropriate.

* * *

    THEREFORE, having reviewed the record, the Court hereby GRANTS the Motion for Summary Judgment (Dkt. 32) and ORDERS judgment against Lealta Media, Inc. and favor of:

    1.     Tom Bowersox, for $8,245.65, plus interest accrued at 12% from the date of this order;

    2.     TM Investments, LP, for $443,798.18, plus interest accrued at 12% from the date of this order; and

    3.     Reasonable attorneys fees and costs. Mr. Bowersox and TM Investments may move the Court for said fees and costs within 15 days of this order.

Dated this 27th day of May, 2015.

*[signature]*

ROBERT J. BRYAN
United States District Judge