UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEALTA MEDIA, INC., AND LEALTA HOLDINGS, LLC,<br><br>        Petitioners,<br>  v.<br><br>MELVIN LENKIN and TOM BOWERSOX,<br><br>        Respondents.<br><br>TM INVESTMENTS, LP,<br><br>        Plaintiff in Intervention,<br>  v.<br><br>LEALTA MEDIA, INC.,<br><br>        Defendant in Intervention. | No. C14-5720RJB<br><br>FINAL JUDGMENT IN A CIVIL CASE |

\_\_\_\_  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT:

1) Respondent Tom Bowersox recover from Petitioner Lealta Media, Inc. in the amount of $8,245.65, plus interest accrued at 12% per annum from May 27, 2015.

2) Plaintiff-in-Intervention TM Investments, LP recover from Petitioner Lealta Media, Inc. in the amount of $443,798.18, plus interest accrued at 12% per annum from May 27, 2015.

3) Respondent Tom Bowersox and Plaintiff-in-Intervention TM Investments, LP recover from Petitioner Lealta Media, Inc. in the amount of $174,537.50, plus interest accrued at 12% per annum from July 2, 2015.

      August 4, 2015                                      WILLIAM M. McCOOL
                                                            CLERK

                                                            /s/ Dara .Kaleel
                                                            By Dara L. Kaleel, Deputy Clerk